UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL EDGAR,

                Plaintiff,

  -against-

MVP HEALTH CARE, INC.,

                Defendant.

**STIPULATION**
Civil Action No.
09-CV-0700

---

**WHEREAS**, the plaintiff has brought suit against the defendant under an incorrect name, to wit: MVP Health Care, Inc.; and

**WHEREAS**, the parties have agreed and consented to amend the caption in this action and all future captions to correctly state the name of the defendant as MVP Health Plan, Inc.; and

**IT IS HEREBY ORDERED AND DECREED** that all past pleadings are hereby amended, to name the defendant, MVP Health Plan, Inc. and all the future pleadings and papers in this action shall bear the name of the defendant as "MVP Health Plan, Inc."

Dated: November 30, 2009

**GREENBERG TRAURIG**

By: _/s/ Victoria P. Lane_
Victoria P. Lane
54 State Street
Albany, NY 12207
(518) 689-1400

**LOMBARDI, WALSH, WAKEMAN,
HARRISON, AMODEO & DAVENPORT, P.C.**

By: _/s/ Paul E. Davenport_
Paul E. Davenport
III Winners Circle
Albany, NY 12205
(518) 438-2000

**SO ORDERED:**

---

**HON. DAVID R. HOMER**